UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIKA PRINS SIMONDS,<br><br>      Plaintiff,<br><br> v.<br><br>SPOKANE COUNTY, a municipal corporation; and SPOKANE COUNTY EMPLOYEES JOHN/JANE DOES 1-10,<br><br>      Defendants. | NO: 2:22-CV-0098-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the Parties' Stipulated Motion for Order of Dismissal of All Claims Against Spokane County and Spokane County Employees, with Prejudice. ECF No. 13. The parties agree and stipulate pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) to the dismissal of all claims against Spokane County Defendants with prejudice and with each party to bear her/its own fees and costs. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Order of Dismissal of All Claims Against Spokane County and Spokane County Employees, with Prejudice, ECF No. 13, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims against Spokane County and Spokane County Employees John/Jane Does 1-10 are **DISMISSED WITH PREJUDICE**, with each party to bear her/its own fees and costs.

3. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED September 27, 2022.



THOMAS O. RICE
United States District Judge