AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 27, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ERIKA PRINS SIMONDS, | ) |
| *Plaintiff* | ) |
| v. | ) |
| SPOKANE COUNTY, a municipal corporation; and | ) |
| SPOKANE COUNTY EMPLOYEES JOHN/JANE | ) |
| DOES 1-10, | ) |
| *Defendant* | |

Civil Action No.   2:22-CV-0098-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims against Spokane County and Spokane County Employees John/Jane Does 1-10 are DISMISSED WITH PREJUDICE, with each party to bear her/its own fees and costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE _____

on the parties' Stipulated Motion for Order of Dismissal (ECF No. 13).

Date:   September 27, 2022 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

*s/ B. Fortenberry* _____
*(By) Deputy Clerk*

B. Fortenberry _____